**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-04211-CYC

MARJORIE DAWSON,

        Plaintiff,

v.

NESTLÉ USA, INC.,
TARGET CORPORATION,
MORRIS NATIONAL, INC., and
STARBUCKS CORPORATION,
D/B/A STARBUCKS COFFEE COMPANY,

        Defendants.

---

**JOINT STATUS REPORT REGARDING SETTLEMENT**

---

Pursuant to the Court's Minute Order dated May 18, 2026 (Doc. 27), all parties, through undersigned counsel, respectfully submit this Joint Status Report regarding the status of settlement in the above-captioned matter.

As the Court is aware, the parties filed a Notice of Settlement on May 14, 2026 (Doc. 26), advising the Court that all parties have agreed upon a resolution of this matter. The parties have been diligently working to finalize and execute the settlement documents. However, the settlement papers have not yet been completed.

The parties anticipate that all necessary settlement documents will be finalized within the next thirty (30) days. The parties will file their Stipulation of Dismissal promptly upon execution of the settlement agreement. The parties respectfully request that the Court allow an additional

thirty (30) days, up to and including July 12, 2026, within which to file the Stipulation of Dismissal.

Respectfully submitted this 12th day of June 2026.

/s/ *George E. McLaughlin*
George E. McLaughlin
McLaughlin Law Firm, P.C.
1890 Gaylord Street
Denver, CO 80206-1211
GEM@McLLF.com
*Attorney for Plaintiff*

/s/ *Elizabeth A. Och*
Elizabeth A. Och
Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
elizabeth.och@hoganlovells.com
*Attorney for Defendants Nestlé USA Inc.
 and Starbucks Corporation*

/s/ *Lori K. Bell*
Lori K. Bell
Montgomery Amatuzio
720 S Colorado Boulevard, Suite 1200-N
Denver, CO 80246
lbell@mac-legal.com
*Attorneys for Defendant Target Corporation*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 12th day of June 2026, a true and correct copy of the foregoing **JOINT STATUS REPORT REGARDING SETTLEMENT** was filed electronically with the Clerk of Court using the Court's electronic filing system.  Notice of this filing will be sent to all counsel of record, by operation of the Court's CM/ECF system.

/s/ *George E. McLaughlin*
George E. McLaughlin
